1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| MARGARITA LUGO, | ) Case No. CV 13-3974 JCG |
|         Plaintiff, | ) |
|         v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
|         Defendant. | ) |

19
20
21
22
23
24
25
26
27
28

        IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.


Dated February 5, 2014


                                        _____
                                        Hon. Jay C. Gandhi
                                        United States Magistrate Judge